THE CITY OF SUMMIT, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. HORTON CORPORATION, A CORPORATION, ETC., CONTINENTAL CASUALTY COMPANY, A CORPORATION, ETC., AND TOWNVIEW MANOR A, A CORPORATION, *ET AL.*, DEFENDANTS-RESPONDENTS, AND CONTINENTAL CASUALTY COMPANY, A CORPORATION, ETC., THIRD-PARTY PLAINTIFF-RESPONDENT, v. CHARLES BORINSKY, *ET AL.*, THIRD-PARTY DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued September 24, 1962—Decided October 4, 1962

Before Judges GOLDMANN, FREUND and FOLEY.

*Mr. Peter C. Triolo* argued the cause for appellant.

*Mr. Julius Stein* argued the cause for defendants-respondends and third-party defendants-respondents (*Messrs. Stein and Stein,* attorneys).

*Mr. Louis Auerbacher, Jr.* argued the cause for plaintiff-respondent Continental Casualty Company.

PER CURIAM. After reviewing the lengthy record, and considering the briefs and oral arguments of counsel, we conclude that the judgment must be affirmed for the reasons expressed in the opinion filed by Judge Mintz in the Chancery Division, 70 *N. J. Super.* 529 (1961).